**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

_____

| | |
|---|---|
| **CHARLENE SESSIONS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 04-2074 |
| ) | |
| **TOMMY THOMPSON, Secretary of Health** ) | |
| **and Human Services and JAMES F. MARTIN,** ) | |
| **Regional Director,** ) | |
| ) | |
| **Defendants.** ) | |

_____

**OPINION**
_____

A Report and Recommendation (#13) was filed by the Magistrate Judge in the above cause on July 25, 2005. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Plaintiff's Claim of Error (#6) is GRANTED.

(2) Defendant's Motion for an Order which Affirms the Commissioner's Decision (#9) is DENIED.

(3) This case is remanded to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence 4.

(4) This case is terminated.

ENTERED this  12th  day of August , 2005

**s/ Michael P. McCuskey**

MICHAEL P. McCUSKEY
CHIEF JUDGE